**Order filed March 21, 2013**



In The

# Fourteenth Court of Appeals

——————

## NO. 14-12-01014-CV

——————

**ROSALIE BRANDY HART, Appellant**

**V.**

**PAUL ROBERT HART, Appellee**

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-30834**

## O R D E R

Appellant's brief was due February 25, 2013**.** No brief or motion for extension of time has been filed.

Unless appellant submits her brief, and a motion reasonably explaining why the brief was late, to the clerk of this court on or before **April 22, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM